UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:20CR 00046-JM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 21 U.S.C. § 841(a)(1) |
| DESHAON TERRELL ASKEW | ) | 18 U.S.C. § 924(c)(1)(A) |

**INDICTMENT**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

THE GRAND JURY CHARGES THAT:

FEB 0 4 2020

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

**COUNT 1**

A.  On or about October 29, 2018, the defendant,

DESHAON TERRELL ASKEW,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Possession Controlled Substance, in Cook County, Illinois, Circuit Court in Case Number 200111343340;

2. Possession Controlled Substance, in Cook County, Illinois, Circuit Court in Case Number 2002CR312220;

3. Manufacturing/Delivery Controlled Substance, in Cook County, Illinois, Circuit Court in Case Number 11999CR2333820;

4. Obstructing Justice/Destroy Evidence, in Rock Island County, Illinois, Circuit Court in Case Number 99CF712; and,

5. Possession of Weapon, in United States Federal Court, Springfield, Illinois, 2006.

B.  On or about October 29, 2018, in the Eastern District of Arkansas, the defendant,

1

DESHAON TERRELL ASKEW,

knowingly possessed, in and affecting commerce, a firearm, that is: an Iberia Firearms, Model JCP, .40 caliber pistol, bearing serial number X7105913, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

On or about October 29, 2018, in the Eastern District of Arkansas, the defendant,

DESHAON TERRELL ASKEW,

knowingly and intentionally possessed with intent to distribute less than 50 grams of a mixture and substance containing a detectable amount of hydromorphone, a Schedule II, controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1) (C).

## COUNT 3

On or about October 29, 2018, in the Eastern District of Arkansas, the defendant,

DESHAON TERRELL ASKEW,

knowingly and intentionally possessed with intent to distribute less than 50 grams of a mixture and substance containing a detectable amount of morphine, a Schedule II, controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1) (C).

## COUNT 4

On or about October 29, 2018, in the Eastern District of Arkansas, the defendant,

DESHAON TERRELL ASKEW,

knowingly and intentionally possessed a firearm, that is: an Iberia Firearms, Model JCP, .40 caliber pistol, bearing serial number X7105913 , in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count 2 and Count 3 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION 1

Upon conviction of Count 2 or 3 of this Indictment, the defendant, DESHAON TERRELL ASKEW, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of Count 2 or 3 of this Indictment, the defendant, DESHAON TERRELL ASKEW, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

## FORFEITURE ALLEGATION 3

Upon conviction of Count 1, 2, 3, or 4 of this Indictment, the defendant, DESHAON TERRELL ASKEW shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[End of text. Signature page to follow.]