UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | No. 4:20-CR-46 JM |
| | ) | |
| DESHAON TERRELL ASKEW | ) | DEFENDANT |

**MOTION FOR BOND**

Comes now the Defendant, Deshaon Terrell Askew, by and through his attorney, Assistant Federal Defender Blake Byrd, and for his Motion for Bond, states:

1. On June 15, 2020 the Court arraigned Mr. Askew and ordered him temporarily detained pending a detention hearing. [Doc. 11] Mr. Askew now asks the Court to schedule his initial detention hearing.

WHEREFORE, the Defendant, Deshaon Terrell Askew, respectfully requests that the Court grant this Motion and for all other just and appropriate relief.

Respectfully submitted,

LISA G. PETERS
FEDERAL DEFENDER

By:   Blake Byrd
      Ark. Bar No. 2007-141
      Assistant Federal Defender
      1401 West Capitol Avenue, Suite 490
      Little Rock, AR 72201
      Telephone: (501) 324-6113
      E-mail: blake_byrd@fd.org